UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.:
Division:



FILED
2011 AUG 17 AM 9: 59
US DISTRICT COURT
MIDDLE DISTRICT OF FL
 . . .  FLORIDA

6:11-cv-1375-ORL-28DAB

**CRYSTAL ZELAZNY
and STEVEN DAVID
JOSEPH ZELAZNY,**
   **Plaintiffs,**

vs.

**THE UNITED STATES OF
AMERICA, SELECT HOTEL
GROUP, LLC d/b/a HYATT
PLACE HOTELS,**

   **Defendants**
_____/

## COMPLAINT

Plaintiffs sue Defendants and allege as follows:

### Parties, Jurisdiction and Venue

1. Plaintiffs are United States Citizens whose principal and permanent residence is located at 4101 Joslin Way, West Melbourne, Brevard County, FL 32904, and are otherwise *sui juris*.

2. This action is for damages in excess of $75,000.00, exclusive of interest and costs.

3. The United States of America is a Defendant (hereinafter "United States") in this action, pursuant to the Federal Tort Claims Act, *28 USC § 1346(b) and § 2671, et. seq.*

4. The Defendant, Select Hotel Group, LLC, (hereinafter "Select") is the owner and operator of the Hyatt Place Hotel Dallas-Arlington and the owner and operator of a 2007 White Ford E-35- Transport Van, VIN # 1FDSS34L47DA00851, Texas License Tag

1

Number, U91223.

5. At all times material, Defendant, United States, employed Mr. Jerry D. Bonk as an employee, with duty working for the National Credit Union Administration (hereinafter "NCUA"). At all times material, Mr. Bonk was within the course and scope of his employment with the United States.

6. At all times material, Defendant Select, employed Mr. Brian K. Johnson as an employee and courtesy driver for Hyatt Place and Select. At all times material, Mr. Johnson was within the course and scope of his employment with the Hyatt Place and Select.

7. On or about November 22, 2010 Plaintiffs properly filed administrative claims with the NCUA. More than six months has elapsed and the claims have not been denied to date. All conditions precedent to bringing this lawsuit have occurred or have been waived.

8. Venue is proper in the Middle District of Florida, Orlando Division, as that is where the Plaintiffs reside and consistent with the Federal Tort Claims Act, where the action must be brought.

9. The Defendant, Select, is a foreign corporation that conducts systematic and continuous business in the State of Florida, maintains an agent for service of process in Florida, and is subject to personal jurisdiction in the United States District Court for the Middle District of Florida. The Defendant, Select, has sufficient minimum contacts with the State of Florida and the Middle District of Florida upon which to confer this Court's jurisdiction.

### Allegations Concerning Liability & Damages

10. This action arises from a motor vehicle accident that took place on or about August 27, 2009 in Euless, Texas, that caused serious personal injuries to Plaintiffs.

11. On or about August 27, 2009, the Plaintiffs, Crystal Zelazny and Joseph Zelazny, were passengers aboard a Hyatt Hotel shuttle bus owned by Select and operated by its driver. The subject shuttle bus is a commercial carrier as defined by law, and as such, Defendant, Select owed Plaintiffs the highest duty of care while Plaintiffs were passengers aboard the bus.

12. At that time, the Defendant, Select's driver, was transporting Plaintiffs from the Dallas - Ft Worth Airport to the Dallas Hyatt Place Hotel.

13. During the trip from the airport to the hotel, Defendant, Select's driver encountered traffic when merging to exit a toll plaza via a slip ramp

14. At that same time, Defendant United States' employee, Gerald Bonk was operating a motor vehicle and merging with the Select transport van to exit a toll plaza via a slip ramp

15. Both of Defendants' drivers had a duty to maintain an adequate lookout and avoid colliding with other vehicles.

16. Defendants, through their drivers/employees, breached their duty to Plaintiffs by negligently colliding with each other.

17. As a direct and proximate result of the negligence of the Defendants, Crystal Zelazny, suffered permanent bodily injury and impairment, resulting pain and suffering, altered gait, disability, mental anguish, loss of capacity for the enjoyment of life, past and future lost wages and loss of earning capacity, and the expense of medical and surgical treatment. These losses are permanent in nature and the Plaintiff will suffer from these losses in the future.

18. As a direct and proximate result of the negligence of the Defendants, Joseph Zelazny, suffered minor bodily injuries, resulting pain and suffering, mental anguish, and loss of capacity for the enjoyment of life, and the expense of medical treatment.

19. At all times material hereto, plaintiffs were and are married to each other.

20. As a further direct and proximate result of the negligence of the defendants as aforesaid, Plaintiff Joseph Zelazny has suffered the loss of his wife's companionship, society, and attentions and will continue to suffer from said losses in the future.

WHEREFORE, Plaintiffs demand judgment for damages against Defendants and a trial by jury of as to Defendants.

DATE: 16 August 2011

ZISSER, ROBISON, BROWN, NOWLIS
MACIEJEWSKI & CABRERA, P.A.

DONALD M. MACIEJEWSKI, ESQUIRE
Florida Bar No.: 0861723
One Independent Drive, Suite 3306
Jacksonville, Florida 32202
Tel: (904) 353-3222
Fax: (904) 353-8808
Attorneys for Plaintiffs
dmaciejewski@zisser.net