# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CRYSTAL ZELAZNY, STEVEN DAVID
JOSEPH ZELAZNY,

        **Plaintiffs,**

-vs-                                                        **Case No.  6:11-cv-1375-Orl-28DAB**

UNITED STATES OF AMERICA,
SELECT HOTEL GROUP, LLC,

        **Defendants.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation for Dismissal (Doc. No. 31), and pursuant to

Fed. R. Civ. P. 41(a), it is hereby **ORDERED** that this case is dismissed with prejudice.  All

pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24th day of May, 2013.


_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record